No. 73–1676.   WAHBA *v.* NEW YORK UNIVERSITY ET AL. C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1700.   NATIONAL NUTRITIONAL FOODS ASSN. ET AL. *v.* SCHMIDT, COMMISSIONER OF FOOD AND DRUGS DIVISION, DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE, ET AL.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1705.   WOODRUFF & SONS, INC., ET AL. *v.* LASER ALIGNMENT, INC., ET AL.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1710.   KAN KAM LIN ET AL. *v.* RINALDI, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1747.   COORS PORCELAIN CO. *v.* COLORADO ET AL. Sup. Ct. Colo.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1757.   FEDERAL ELECTRIC CORP. *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1767.   BURCHETT *v.* CARDWELL, WARDEN. C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1770.   SILVERMAN ET AL. *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.